UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN PATILLO,

        Plaintiff,

v.

Case No.    11-13415

HONORABLE AVERN COHN

PATRICK R. DONAHUE, Postmaster General,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on October 19, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: October 19, 2012        By: s/Julie Owens
                                     Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 19, 2012, by electronic and/or ordinary mail.

                                       S/Julie Owens
                                       Case Manager, (313) 234-5160